STATE OF NEW JERSEY v. JOSEPH LOCKHART.

July 7, 1987.

Petition for certification denied.

THOMAS CANNALONGA v. KLEE'S BAR, INC., T/A KLEE'S BAR AND CINDY POZZELANTI.

July 7, 1987.

Petition for certification denied.

THOMAS CANNALONGA v. KLEE'S BAR, INC., T/A KLEE'S BAR AND CINDY POZZELANTI AND NANCY JACKSON AND CHERYL JACKSON.

July 7, 1987.

Cross-petition for certification denied.

B.P. v. G.P. AND C.L.

July 7, 1987.

Petition for certification denied.